**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADAPTIVE DATA LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 15-0009-RGA |
| ) | |
| v. ) | |
| ) | |
| SONY CORPORATION OF AMERICA, ) | |
| and SONY MOBILE ) | |
| COMMUNICATIONS (USA) INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff Adaptive Data LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants have not yet answered the Complaint. Accordingly, Adaptive Data LLC voluntarily dismisses this action against Defendants with prejudice pursuant to Rule 41(a)(1).

Dated: January 23, 2015            STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　　　　 */s/ Stamatios Stamoulis*
　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis #4606
　　　　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt #5080
　　　　　　　　　　　　　　　　　　　　weinblatt@swdelaw.com
　　　　　　　　　　　　　　　　　　　　Two Fox Point Centre
　　　　　　　　　　　　　　　　　　　　6 Denny Road, Suite 307
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 999-1540

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Adaptive Data LLC*